In the Matter of JACK CEDAR, Appellant, *v.* JUDGES OF THE COURT OF GENERAL SESSIONS, NEW YORK COUNTY, Respondents.

(Argued October 16, 1934; decided November 20, 1934.)

*Leo H. Klugherz* for appellant.

*William Copeland Dodge,* District Attorney (*John C. McDermott, Felix C. Benvenga* and *Angelo Alfred DeVito* of counsel), for respondents.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS CROUCH and LOUGHRAN, JJ.   Not sitting: LEHMAN, J.